**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

ERNEST CURRY
100 CARMAN AVE.
EAST MEADOW NY 11554
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

NASSAU COUNTY FIRST PRECINCT
BALDWIN

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV-18 1130**

JURY DEMAND

YES X    NO ___

**BIANCO, J.**

**SHIELDS, M.J.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 20 2018 ★
LONG ISLAND OFFICE

RECEIVED
FEB 20 2018
EDNY PRO SE OFFICE

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff ERNEST CURRY 100 CARMAN AVE.

If you are incarcerated, provide the name of the facility and address:

NASSAU COUNTY CORRECTIONAL FACILITY 100 CARMAN AVE.
EAST MEADOW NY

Prisoner ID Number: 17006590

1

If you are not incarcerated, provide your current address:

24 JEFFERSON AVE ROOSEVelt NY 11575

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

hese are more

**Defendant No. 1**

CONROY, SEAN SERIAL NO: 9258 COMMAND SQUAD 14

DETECTIVE DUX, KEVIN SERIAL NO: 7565 COMMAND 1st SQUAD 15A
Full Name

INVESTIGATING DETECTIVE
Job Title

First PRECENT BALDWIN 1st SQUAD CHART 15A SQUA
Address

ONE MORE

SPIEGELFIRE, STEVEN SERIAL NO: 4410 COMMAND SQUAD 14

**Defendant No. 2**

MANTOVANI, DOMINICK SERIAL NO 9786 COMMAND
Full Name

1st PRECINCT CHART: ORANGE SQUAD 27
Job Title

ARRESTING OFFICER

1st PRECINCT BALDWIN
Address

NE MORE

PHILBIN JOSEPH SERIAL NO: 9429 COMMAND SQUAD 28

**Defendant No. 3**

PIASECKI, MATTHEW SERIAL NO: 9719 COMMAND
Full Name

1st PRECINCT BALDWIN CHART ORANGE SQUAD 27
Job Title

ARRESTING OFFICER

2

_1st PRECINCT BALDWIN_
Address

_SIERZANT. MICHAEL SERIAL NO: 9655 COMMAND SQUAD 14_

**Defendant No. 4**

_DATTOMA NICHOLAS SERIAL NO 9286 COMMAND_
Full Name

_1st PRECINCT BALDWIN CHART ORANGE SQUAD 14_
Job Title

_ASSISTING OFFICER_

_1st PRECINCT BALDWIN_
Address

**Defendant No. 5**

_LEDWITH. SEAN NO SERIAL NO 9302 COMMAND_
Full Name

_1st PRECINCT BALDWIN CHART ORANGE SQUAD 14_
Job Title

_____
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _NASSAU COUNTY 1st PRECINCT BALDWIN NO SEPTEMBER AT 2315_ _24 JEFFERSON AVE. ROOSEVELT NY 11575_ _MY COUSIN BROUGHT ME HOME AND I WENT STRAIGHT TO THE BACK I WAS AWOKEN BY A KNOCK ON_

When did the events happen? (include approximate time and date) _THE DOOR THEN I HEARD BREAKING GLASS AND SEEN INFRARED LASER BEAMS WHEN THE POLICE BROKE IN THE DOOR AND SAID LET ME SEE YOUR_

3

Facts: (what happened?) HANDS I SHOWED THEM MY HANDS AND THEY TASED ME. THEY ALSO THREW ME TO THE FLOOR, THEY TOOK ME TO THE AMBULANCE, WHERE I WAS INJECTED WHEN THE POLICE SAID GO TO SLEEP I WOKE UP WITH TWO INJURIES BOTH HANDS BOTH KNEES AND BACK FROM BEING TASED AND THAT WAS THE FIRST PRECINCT BALDWIN AND THEY CAME LIKE A THIEVE IN THE NIGHT A VIGILANTE

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

YES NO OCTOBER 9 I WAS GETING SURERY BUT DID NOT MAKE IT SO MY BACK AND MY KNEES AND HANDS HAVE BEEN INJURIED BY THE OFFICERS THAT ARREST ME I AM DOING REHABILITATION IN THE JAIL

III.     Relief: State what relief you are seeking if you prevail on your complaint.

THAT I BE COMPENSATED IN THE AMOUNT OF 3,000,000 FOR MY PAIN AND SUFFERING.

I declare under penalty of perjury that on __2/9/18__, I delivered this
                                              (date)
complaint to prison authorities at _NASSAU COUNTY JAIL_ to be mailed to the United
                                      (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _2/9/18_

_Ernest Curry_
Signature of Plaintiff

_NASSAU COUNTY CORRECTIONAL FACILITY_
Name of Prison Facility or Address if not incarcerated

_100 CARMAN AVE EAST MEADOW_

Address

ICN# 85010278   NCJ# 860 3045   CC 17006590
Prisoner ID#

rev. 12/1/2015

5