# Ernest Curry, Sr.

333 Wallace Street, Freeport, NY 11520
516- 401-2869 or 516-289-8027



March 21, 2019

Attention: Pro Se Office
US District Court - Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Civil Action No. CV18-1130

To Whom It May Concern:

    Enclosed, you will find my narrative statement as originally requested by Judge Shields.

    If you have any questions or need additional information, please feel free to contact me 516-401-2869 or 516-289-8027.

                                   Sincerely,

                                   Ernest Curry, Sr.

cc: Liora M. Ben-Sorek, Esq.

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ernest Curry, Sr_____ ) | |
|          *Plaintiff*    ) | |
|          v.    ) | Civil Action No. |
| CV18-1130 | |
|    ) | |
| (JFB) (AYS) | |
| Nassau County First Precinct Baldwin, et al_____ ) | |
|          *Defendant*    ) | |

GOLD, Magistrate Judge

## **NARRATIVE STATEMENT**

1. On September 23, 2017, at 11:16 pm, approximately five (5) police officers from the First Precinct in Baldwin, New York entered the premises located at 24 Jefferson Ave, Roosevelt, New York, 11575. The officers gained entry into the front door by the person who lived in the front of the house, Mr. Phillips. Mr. Phillips was the person who initially made false allegations against me, which is why the police was called to the house.

2. I was awoken by a knock on the 2nd door. There is another (2nd) door that was closed and locked that lead into the kitchen that is adjacent to my section of the home. As I got up from my bed to walk outside of my bedroom to answer the 2nd door I heard glass breaking. When I went into the kitchen I saw a red laser light glaring through the broken oval

glass window. The 2nd door had a large oval glass window within the frame that leads into the kitchen. The police officers had broken the oval glass window in the door. I heard an officer say, "oops" in a sarcastic way. I saw an officer stick his hand through the area of which the glass had been broken to open the door. As the police officers started coming through the door I heard a police officer say, "let me see your hands." I did not resist. I immediately complied and put my hands up. Then one of the police officers used a Taser gun on me twice (which hit my hand and the midsection of my body). As a result of being electrocuted twice by the Taser gun I was immobilized. Yet, three or four of the officers rushed over to me, tackled me, and threw me to the floor. The commotion from the police officers was so loud the resident, Pat Monze, who lived upstairs indicated she was on her way downstairs to see what was going on, but she was told to stay upstairs by one of the police officers.

3. After I was tackled and thrown to the floor, I was put in an ambulance. There were two – three police officers in the ambulance. A mesh/net was placed around my head. In the ambulance I was injected with some type of solution. I heard one of the police officers say, "go to sleep." When I woke up I had pain in my hands, knees, neck, and back as a result of being tasered, tackled, and thrown on the floor.

4. The officers involved in this complaint were from the First Precinct in Baldwin, Nassau County, New York. There were approximately five police officers initially who forced their way into my home. Soon afterwards, approximately five more police officers showed up to search my living area. The officers were abusive and forceful. The officers broke in and forced their way into my living area. The officers searched my room looking for narcotics

which was unfounded. This was done without a warrant. The officers also did not read me my Miranda Rights.

5. Due to the swift invasion and actions of the police officers I was not able to capture their names. The following photos are available for the purpose of discovery as they pertain to unnecessary forcefulness and property damage:

- Photo of the broken door and broken oval glass
- Photo of me laying on hospital stretcher with mesh/net over my head
- Photo of my hands handcuffed with blood

Respectfully submitted by,

*Ernest Curry*
Plaintiff

3/26/19
Date

Ernest Curry, Sr.
333 Wallace Street
Freeport, NY 11520

Attention: Pro Se Office
US District Court, Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY