

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name ERNEST CURRY | Date of Birth ███████ | Social Security Number |
|---|---|---|
| Patient Address ████████ STREET FREEPORT, NY 11520 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information: NASSAU UNIVERSITY MEDICAL CENTER, 2201 HEMPSTEAD TURNPIKE, EAST MEADOW, NY 11554

8. Name and address of person(s) or category of person to whom this information will be sent: OFFICE OF THE NASSAU COUNTY ATTORNEY, LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (Indicate by Initialing)
_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize _____
       Initials                                      Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:
OFFICE OF THE NASSAU COUNTY ATTORNEY
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: LITIGATION | 11. Date or event on which this authorization will expire: END OF LITIGATION |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: _____
Signature of patient or representative authorized by law.

* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name ERNEST CURRY | Date of Birth ▮▮▮▮▮▮ | Social Security Number |
|---|---|---|
| Patient Address FREEPORT, NY 11520 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information: NASSAU COUNTY POLICE AMBULANCE BUREAU, 1490 FRANKLIN AVENUE, MINEOLA, NY 11501

8. Name and address of person(s) or category of person to whom this information will be sent: OFFICE OF THE NASSAU COUNTY ATTORNEY LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (*Indicate by Initialing*)
_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize _____
        Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
OFFICE OF THE NASSAU COUNTY ATTORNEY _____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: LITIGATION | 11. Date or event on which this authorization will expire: END OF LITIGATION |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                    Date: _____
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| ERNEST CURRY | | |

| Patient Address |
|---|
| ███████ FREEPORT, NY 11520 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal and state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information: NASSAU COUNTY CORRECTIONAL CENTER, 100 CARMAN AVENUE, EAST MEADOW, NY 11554

8. Name and address of person(s) or category of person to whom this information will be sent: OFFICE OF THE NASSAU COUNTY ATTORNEY LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize _____
                Initials                               Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:
OFFICE OF THE NASSAU COUNTY ATTORNEY
                (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual<br>☑ Other: LITIGATION | END OF LITIGATION |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____      Date: _____
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| ERNEST CURRY | ████ | |
| Patient Address | | |
| FREEPORT, NY 11520 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent: OFFICE OF THE NASSAU COUNTY ATTORNEY, LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

_____

Include: (*Indicate by Initialing*)
_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
_____ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize _____
            Initials                        Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
OFFICE OF THE NASSAU COUNTY ATTORNEY _____
                     (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual<br>☑ Other: LITIGATION | END OF LITIGATION |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: _____
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| ERNEST CURRY | ▆▆▆▆▆ | |
| Patient Address FREEPORT, NY 11520 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent: OFFICE OF THE NASSAU COUNTY ATTORNEY LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

_____    Include: (*Indicate by Initialing*)

_____    **Alcohol/Drug Treatment**

_____    **Mental Health Information**

_____    **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize _____
        Initials                                    Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

OFFICE OF THE NASSAU COUNTY ATTORNEY
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: LITIGATION | 11. Date or event on which this authorization will expire: <br> END OF LITIGATION |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: _____

Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | | Date of Birth | Social Security Number |
|---|---|---|---|
| *ERNEST CURRY* | | ▓▓▓▓ | |
| Patient Address ▓▓▓▓▓▓▓▓ | | | |
| *FREEPORT, NY 11520* | | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent: *OFFICE OF THE NASSAU COUNTY ATTORNEY, LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501*

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____    Include: (*Indicate by Initialing*)
_____
_____ **Alcohol/Drug Treatment**
_____ **Mental Health Information**
**Authorization to Discuss Health Information**    _____ **HIV-Related Information**

(b) ☑ By initialing here _____ I authorize _____
            Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
*OFFICE OF THE NASSAU COUNTY ATTORNEY* _____
                    (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual <br> ☑ Other: *LITIGATION* | *END OF LITIGATION* |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: _____

Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| ERNEST CURRY | | |
| Patient Address | | |
| FREEPORT, NY 11520 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent: OFFICE OF THE NASSAU COUNTY ATTORNEY LIORA BEN-SOREK, ESQ., ONE WEST STREET, MINEOLA, NY 11501

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____                                   Include: (*Indicate by Initialing*)
_____                                                _____ **Alcohol/Drug Treatment**
                                                                       _____ **Mental Health Information**
**Authorization to Discuss Health Information**                        _____ **HIV-Related Information**

(b) ☑ By initialing here _____ I authorize _____
                          Initials                          Name of individual health care provider
    to discuss my health information with my attorney, or a governmental agency, listed here:
OFFICE OF THE NASSAU COUNTY ATTORNEY
                          (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual | |
| ☑ Other: LITIGATION | END OF LITIGATION |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____         Date: _____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ERNEST CURRY,                                          CV-18-1130 (KAM) (SMG)

               Plaintiff,                   DEFENDANTS'
                                                      INITIAL NARRATIVE
    -   against   -                            STATEMENT **(AMENDED)**

NASSAU COUNTY FIRST PRECINCT,
BALDWIN, SEAN CONROY (SERIAL #9258),
DET. KEVIN DUX (SERIAL #7565),
STEVEN SPLEGELEIRE (SERIAL #9410),
DOMINICK MANTOVANI (SERIAL #9786),
JOSEPH PHILBIN (SERIAL #9429)
MATTHEW PLASECKI (SERIAL #9719)
MICHAEL SLERZAN (SERIAL #9655),
SEAN LEDWITH (SERIAL #9302), and
NICHOLAS DATTOMA (SERIAL #9286),

               Defendants.
-------------------------------------------------------------X

      Defendants by their counsel, Jared A. Kasschau, Nassau County Attorney, by Liora M.

Ben-Sorek, Deputy County Attorney, set forth their Initial Narrative Statement as follows:

**Plaintiff's Position**: According to the Complaint (DE 1) and Plaintiff's Narrative Statement (DE

23), on September 23, 2017 numerous police officers descended upon Plaintiff's home located on

Jefferson Avenue in Roosevelt, New York, broke down a door and assaulted him.

      More particularly, Plaintiff states that police were called to the home by one of the residents

of the home, a "Mr. Phillips." Upon their arrival at the premises, police from the First Precinct

were admitted into the home by Mr. Phillips. Plaintiff had been in his bedroom at the time. When

he encountered the officers, Plaintiff states that he complied with their directive to show his hands

but was, nevertheless, tased by them. He states that officers then tackled him and threw him to the

floor. Officers transported to the hospital by ambulance. While in the ambulance it is alleged that

Plaintiff was injected with an unknown substance which put him to sleep. When he awoke, Plaintiff says he felt pain in his hands, knees, neck and back.

**Defendants' Position**: On September 23, 2017 a 911 call for assistance was placed by Bernelle Phillips. Mr. Phillips claimed that at approximately 11:15 p.m. that night Ernest Curry (from whom Phillips rented a room in the house) broke down the door to Phillips' room, climbed on him while holding a knife and threatening Phillips. Curry was also alleged to have destroyed some of Phillips' property with a value exceeding $1,600.

Phillips says that he managed to escape and call police. Upon their arrival at the premises, police were met by Phillips who admitted them to the home and advised officers that Curry was armed with a knife. Plaintiff who was sitting at the kitchen table, stood up and walked towards the officers when he observed them. Plaintiff ignored police directives to stop and show his hands, instead continuing to advance towards the officers. One of the officers then deployed his taser which had no effect. A second taser deployment had effect. Officers observed a folding knife fall from Plaintiff's pocket and Plaintiff reached for it. After a struggle, Plaintiff was placed in custody. Plaintiff was transported to Nassau University Medical Center for evaluation and any necessary treatment. At the hospital Plaintiff was found "fit for confinement" and released to police custody.

Plaintiff was charged with burglary, false imprisonment, criminal possession of a weapon, criminal mischief, menacing and resisting arrest. Upon information and belief, Plaintiff was indicted on all charges. Also upon information and belief, there was a disposition on the criminal charges which resulted in a conviction against Plaintiff.

**Defendants' Witnesses**:

Bernelle Phillips, 24 Jefferson Avenue, Roosevelt, New York 11575;
Police Officer Piasecki, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Mantovani, 1490 Franklin Avenue, Mineola, New York 11501;
Detective K. Healy, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Conroy, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Dattoma, 1490 Franklin Avenue, Mineola, New York 11501;
Detective Dux, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Ledwith, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Philbin, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Sierzant, 1490 Franklin Avenue, Mineola, New York 11501;
Police Officer Spiegeleire, 1490 Franklin Avenue, Mineola, New York 11501

The Police witnesses may only be reached through the Office of the Nassau County Attorney, One West Street, Mineola, New York 11501.

**Defendants' Documents**:

Arrest Report (Nassau County 000001-2)
Case Summary Report (Nassau County 000003-7)
"Just Ware" Police Inquiry Report (Nassau County 000008-11)
Memo Book of P.O. Dattoma (Nassau County 000014-17)
Memo Book of P.O. Piasecki (Nassau County 000018-21)
Memo Book of P.O. Sierzant (Nassau County 000022-25)
Memo Book of P.O. Mantovani (Nassau County 000027-30)

**Amendment/Supplementation**

Defendants reserve the right to further amend and/or supplement this Narrative Statement in the future in accordance with all applicable laws and rules.

Dated: Mineola, New York
May 9, 2019

JARED A. KASSCHAU
Nassau County Attorney
One West Street
Mineola, New York 11501
Attorney for Defendants

By:    *Liora M. Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney
(516) 571-3014

3

To:    Ernest Curry (Via First Class Mail)
       33 Wallace Street
       Freeport, New York 11520
       Plaintiff *Pro Se*

**Approved**

**ARREST REPORT**

| | Fingerprinted | R84 Completed |
|---|---|---|
| | [X] Yes | [1] Yes |
| | [2] No | [2] No |

| 1 ORI # | 2 AGENCY NAME | 3a ARREST # | 3b CASE # | 4 SFX |
|---|---|---|---|---|
| NY0290000 | Nassau County Police Department | 2017AR302331 | 2017CR334672 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | | | | | 6 ALIAS AKA | | | |
|---|---|---|---|---|---|---|---|---|
| Curry, Ernest | | | | | | | | |

| 7 SEX [X] M [ ] F | 8 RACE [ ] W [X] B [ ] A [ ] I | 9 HGT. 5'08 | 10 WGT. 400-0 | 11 EYE BRO | 12 HAIR GRY | 13 SKIN MBR | 14 [ ] SCARS [2] MARKS [3] TATTOOS [4] AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN — | 17 DATE OF BIRTH | 18 AGE 52 | 19 MISCELLANEOUS ID # 011000191831 |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS   KEY   MAJOR   PRIMARY   SCCV   SUB-SECONDARY   FINAL | 22 DL # 30730607 | 23 ST PA |
|---|---|---|---|
| 24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS | |

| 26 [X] RESIDENT [ ] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) Jefferson Ave, Roosevelt, NY 11575 | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Refused | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Jefferson Ave Roosevelt, Ny 11575 | 34 SECTOR # 117 | 35 ARRESTED FOR YOUR JURISDICTION? [ ] YES [ ] NO [ ] IN STATE [X] OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: [ ] DRUNK [ ] DRINKING | [2] SOBER [3] DRUGS | 37 RESIST ARREST? [1] YES [2] NO | 38 INJURIES? [1] NONE [2] OFFICER [3] ARRESTEE | 39 ARMED? [X] Y [2] N | 40 DESCRIPTION OF WEAPON KNIFE/LETHAL CUTTING INSTRUMENT |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 09/23/2017 | 42 TIME OF ARREST 23:23 [1] A.M. [2] P.M. [X] MIL. | 43 DAY OF ARREST [S][M][T][W][R][X][S] | 44 TYPE ARREST CRIME IN PROGRESS/ON | 45 ARRESTED BEFORE? [X] YES [2] NO [3] UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 [X] FEL [2] MISD [3] VIOL CLASS: B | COUNTS 1 | 47 UCR CODE 220 | 60 STATE CODE/LOCAL ORD. PL 140.30 03 | ENHANCEMENTS | [ ] ATT | 61 WARRANT # | 62 DATE ISSUED |
|---|---|---|---|---|---|---|---|
| Burglary In The First Degree | | | | | | | |
| 48 CHARGE-2 [X] FEL [2] MISD [3] VIOL CLASS: E | COUNTS 1 | 49 UCR CODE 100 | 63 STATE CODE/LOCAL ORD. PL 135.10 | ENHANCEMENTS | [ ] ATT | 64 WARRANT # | 65 DATE ISSUED |
| Unlawful Imprisonment In The | | | | | | | |
| 56 CHARGE-3 [X] FEL [2] MISD [3] VIOL CLASS: D | COUNTS 1 | 57 UCR CODE 520 | 63 STATE CODE/LOCAL ORD. PL 265.02 01 | ENHANCEMENTS | [ ] ATT | 61 WARRANT # | 62 DATE ISSUED |
| Criminal Possession Of A | | | | | | | |
| 58 CHARGE-4 [X] FEL [2] MISD [3] VIOL CLASS: D | COUNTS 1 | 59 UCR CODE 290 | 63 STATE CODE/LOCAL ORD. PL 145.10 | ENHANCEMENTS | [ ] ATT | 64 WARRANT # | 65 DATE ISSUED |
| Criminal Mischief In The | | | | | | | |

| Additional Charges in Narrative-Total (6) | 88 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|

| 86 ARREST DISPOSITION Court | 89 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
|---|---|

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| 78 VIN | | | | | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # | | |
| VEHICLE RELATED TO: | | | | VEHICLE RELATION: | | | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | | 86 PHONE |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |

**RELEASE**

| 91 DATE AND TIME OF RELEASE [1] AM [2] PM [3] MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # | |
| 101 | | | |

| | | | | LOCAL USE | |
|---|---|---|---|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [Y] [N] |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) Mantovani, Dominick F | 112 ID # | 113 ASSISTING OFFICER (LAST, FIRST, M.) Piasecki, Matthew M | 114 ID # | 115 SUPERVISOR Soldano | 116 WATCH CMDR. 000004 |

| **ARREST NARRATIVE** | 117 DATE AND TIME OF ARREST | | AM PM MIL | 118a. CASE # | 119 SFX |
|---|---|---|---|---|---|
| | 09/23/2017 | 23:23 | | 2017CR334672 | |
| | | | | 118b. ARREST # 2017AR302331 | |

**Full Charge Description(s)**

Charge 1: PL 140.30 03  Burglary In The First Degree

Charge 2: PL 135.10  Unlawful Imprisonment In The First Degree

Charge 3: PL 265.02 01  Criminal Possession Of A Weapon In The Third Degree

Charge 4: PL 145.10  Criminal Mischief In The Second Degree

120 ADDITIONAL ARREST INFORMATION

VICTIM BERNELLE PHILLIPS STATES THAT ON 9/23/2017 AT APPROXIMATELY 2315 HOURS HE WAS SLEEPING IN A ROOM THAT HE RENTS FROM DEFENDANT ERNEST CURRY AT ▆ JEFFERSON AVENUE WHEN CURRY BROKE THE DOOR DOWN AND ENTERED THE ROOM. CURRY THEN CLIMBED ON TOP OF PHILLIP, HELD A KNIFE TO HIS THROAT AND STARTED YELLING AT PHILLIPS, "I SHOULD FUCKING KILL YOU, YOU PIECE OF SHIT, I WANT YOU OUT OF MY HOUSE. GET THE FUCK OUT NOW OR I'LL KILL YOU." PHILLIPS MANAGED TO ESCAPE AND CURRY THEN STARTED TO DESTROY SOME OF PHILLIP'S POSSESSIONS INCLUDING A CEILING LIGHT, TWO CELLPHONES, A TV, AND DVD PLAYER WITH A TOTAL VALUE EXCEEDING $1600.00. PHILLIPS CALLED 911 AND WHEN POLICE ARRIVED, HE DIRECTED THEM INSIDE OF THE LOCATION AND ADVISED THEM THAT CURRY WAS ARMED WITH A KNIFE AND WAS ACTING IN A VIOLENT, THREATENING MANNER. MULTIPLE OFFICERS ENTERED THE LOCATION AND ENCOUNTERED CURRY SITTING AT THE KITCHEN TABLE. WHEN CURRY OBSERVED OFFICERS, HE STOOD UP AND BEGAN TO WALK TOWARDS THEM. OFFICERS MADE MULTIPLE COMMANDS TO CURRY TO STOP MOVING TOWARDS THEM AND TO SHOW OFFICERS HIS HANDS. AS CURRY CONTINUED TO ADVANCE TOWARDS THEM AND IGNORE THE OFFICER'S VERBAL COMMANDS, PO PIASECKI DEPLOYED HIS TASER AT CURRY WITH NO EFFECT. PO MANTOVANI THEN DEPLOYED HIS TASER WITH EFFECTIVE RESULTS. OFFICERS THEN ENGAGED IN A BRIEF VIOLENT PHYSICAL STRUGGLE, DURING WHICH TIME BOTH PO PIASECKI AND PO MANTOVANI DID DEPLOY THEIR TASERS FOR A SECOND TIME. WHILE FIGHTING WITH CURRY, OFFICERS OBSERVED AN OPEN FOLDING KNIFE FALL OUT OF CURRY'S POCKET, AND THEN OFFICERS OBSERVED CURRY REACH FOR THE KNIFE. PO MANTOVANI WAS ABLE TO GAIN POSSESSION OF AND SECURE THE KNIFE AT WHICH POINT OFFICERS WERE ABLE TO PLACE THE DEFENDANT INTO CUSTODY. DEFENDANT TRANSPORTED TO NUMC IN 2361 FOR TREATMENT AND EVALUATION. THE DEFENDANT WAS FOUND FIT FOR CONFINEMENT.

OTHER CHARGES
   PL 120.13 E FEL - (1) - Menacing In The First Degree
   PL 205.30 A MIS - (1) - Resisting Arrest

## Case Summary Report

**Agency:** PDCN          **Case Number:** 2017CR334672          **Date:** 2/20/2019 10:26:13
**Last Modified:** 9/24/2017 07:42:11

### Incident Information

| Date/Time Reported | Occurred From Date/Time | Occurred To Date/Time | | |
|---|---|---|---|---|
| 09/23/2017 23:16 | 09/23/2017 23:16 | 09/23/2017 23:16 | | |

| Incident Location | | Beat | PCT |
|---|---|---|---|
| JEFFERSON AVE, ROOSEVELT, NY 11575 | | 117 | 001 |

| Officer | CMD | Supervisor Approval | CMD | Incident Status |
|---|---|---|---|---|
| PIASECKI, MATTHEW M | 001 | SOLDANO, CARMINE E | 001 | CLOSED/CLEARED |

| Investigator Assigned | CMD | Case Management Status | Case Management No. |
|---|---|---|---|
| | | | |

### Classification/Charges

**1** 

| Charge Type | Description | Statute | UCR | |
|---|---|---|---|---|
| State | BURGLARY IN THE FIRST DEGREE | PL 140.30 03 | 220 | ☐ Att  ☑ Com |

| Class | F/M/I | Degree | Computer(s) Used | Location Type | Criminal Activity | # Premises | Forced Entry |
|---|---|---|---|---|---|---|---|
| B | F | | ☐ Yes ☑ No | OTHER RESIDENTIAL | POSSESSIN | | ☐ Yes ☑ No |

| Entry | Entry | Method of Entry | Method of Entry |
|---|---|---|---|
| ENTRY DOOR-WOOD | | 08 | |

| Exit | Exit | Weapons |
|---|---|---|
| ENTRY DOOR-WOOD | | 1. Knife/cutting Instru (ax, Etc)     08 |

| Security | Security | 2. |
|---|---|---|
| LOCKED | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

**Date and Location for specific Charge if different from Incident Location**

| Date | Time | Address | City | State | Zip |
|---|---|---|---|---|---|
| 09/23/2017 | 2315 | JEFFERSON AVE | Roosevelt | NY | 11575 |

**2**

| Charge Type | Description | Statute | UCR | |
|---|---|---|---|---|
| State | CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE | PL 265.02 01 | 520 | ☐ Att  ☑ Com |

| Class | F/M/I | Degree | Computer(s) Used | Location Type | Criminal Activity | # Premises | Forced Entry |
|---|---|---|---|---|---|---|---|
| D | F | | ☐ Yes ☐ No | OTHER RESIDENTIAL | POSSESSIN | | ☐ Yes ☐ No |

| Entry | Entry | Method of Entry | Method of Entry |
|---|---|---|---|
| | | | |

| Exit | Exit | Weapons |
|---|---|---|
| | | 1. Knife/cutting Instru (ax, Etc) |

| Security | Security | 2. |
|---|---|---|
| | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

**Date and Location for specific Charge if different from Incident Location**

| Date | Time | Address | City | State | Zip |
|---|---|---|---|---|---|
| 09/23/2017 | 2315 | JEFFERSON AVE | Roosevelt | NY | 11575 |

# Case Summary Report

**Agency:** PDCN          **Case Number:** 2017CR334672          **Date:** 2/20/2019 10:26:13
**Last Modified:** 9/24/2017 07:42:11

## Classification/Charges

| 3 | Charge Type | Description | | | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|---|---|---|
| | State | CRIMINAL MISCHIEF IN THE THIRD DEGREE | | | | | | PL 145.05 02 | 290 | ☑ Com |

| Class | F/M/I | Degree | Computer(s) Used | Location Type | Criminal Activity | # Premises | Forced Entry |
|---|---|---|---|---|---|---|---|
| E | F | | ☐ Yes ☐ No | OTHER RESIDENTIAL | / / | | ☐ Yes ☐ No |

| Entry | Entry | Method of Entry | Method of Entry |
|---|---|---|---|
| Exit | Exit | Weapons 1. | |
| Security | Security | 2. | |
| | | 3. | |
| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |

**Date and Location for specific Charge if different from Incident Location**

| Date | Time | Address | City | State | Zip |
|---|---|---|---|---|---|
| 09/23/2017 | 2315 | JEFFERSON AVE | Roosevelt | NY | 11575 |

| 4 | Charge Type | Description | | | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|---|---|---|
| | State | MENACING IN THE FIRST DEGREE | | | | | | PL 120.13 | 13C | ☑ Com |

| Class | F/M/I | Degree | Computer(s) Used | Location Type | Criminal Activity | # Premises | Forced Entry |
|---|---|---|---|---|---|---|---|
| E | F | | ☐ Yes ☐ No | OTHER RESIDENTIAL | / / | | ☐ Yes ☐ No |

| Entry | Entry | Method of Entry | Method of Entry |
|---|---|---|---|
| Exit | Exit | Weapons 1. Knife/cutting Instru (ax, Etc) | |
| Security | Security | 2. | |
| | | 3. | |
| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |

**Date and Location for specific Charge if different from Incident Location**

| Date | Time | Address | City | State | Zip |
|---|---|---|---|---|---|
| 09/23/2017 | 2315 | JEFFERSON AVE | Roosevelt | NY | 11575 |

| 5 | Charge Type | Description | | | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|---|---|---|
| | State | RESISTING ARREST | | | | | | PL 205.30 | 90Z | ☑ Com |

| Class | F/M/I | Degree | Computer(s) Used | Location Type | Criminal Activity | # Premises | Forced Entry |
|---|---|---|---|---|---|---|---|
| A | M | | ☐ Yes ☐ No | OTHER RESIDENTIAL | / / | | ☐ Yes ☐ No |

| Entry | Entry | Method of Entry | Method of Entry |
|---|---|---|---|
| Exit | Exit | Weapons 1. | |
| Security | Security | 2. | |
| | | 3. | |
| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |

**Date and Location for specific Charge if different from Incident Location**

| Date | Time | Address | City | State | Zip |
|---|---|---|---|---|---|
| 09/24/2017 | 2320 | JEFFERSON AVE | Roosevelt | NY | 11575 |

# Case Summary Report

**Agency:** PDCN          **Case Number:** 2017CR334672          **Date:** 2/20/2019 10:26:13

**Last Modified:** 9/24/2017 07:42:11

## Victims

| Seq. # | Type | Injuries | | Residency Status | Ethnicity |
|---|---|---|---|---|---|
| 1 | INDIVIDUAL | None | | | Non-Hispanic |

| Name(Last, First, M) | | Date of Death | Deposed | Alarm No |
|---|---|---|---|---|
| PHILLIPS, BERNELLE | | | Y | |

| Race | Sex | DOB | Age | SSN | Victim of Crimes | Primary Phone |
|---|---|---|---|---|---|---|
| B | M | ██████ | 51 | | 1,3,4 | ██████ |

| Address |
|---|
| ████████████ |

| Employer Name/Address | Business Phone | Occupation |
|---|---|---|
| | | |

| Seq. # | Type | Injuries | | Residency Status | Ethnicity |
|---|---|---|---|---|---|
| 2 | SOCIETY/ PUBLIC | None | | | Unknown |

| Name(Last, First, M) | | Date of Death | Deposed | Alarm No |
|---|---|---|---|---|
| PSNY, PSNY | | | N | |

| Race | Sex | DOB | Age | SSN | Victim of Crimes | Primary Phone |
|---|---|---|---|---|---|---|
| U | U | | 00 | | 2,5 | |

| Address |
|---|
| |

| Employer Name/Address | Business Phone | Occupation |
|---|---|---|
| | | |

## Offenders

| Seq. # | Name code | Type | Name(Last, First, M) |
|---|---|---|---|
| 1 | SUSPECT | INDIVIDUAL | CURRY, ERNEST |

| AKA | Race | Sex | DOB | Age |
|---|---|---|---|---|
| | B | M | ██████ | 52 |

| Height | Weight | SSN | Deposed | IDB Number | NYS State ID Number |
|---|---|---|---|---|---|
| 5'08" | 400 lbs | | | 011000191831 | |

| Address | Primary Phone |
|---|---|
| █ JEFFERSON AVE, ROOSEVELT, NY 11575 | |

| Employer Name/Address | Business Phone |
|---|---|
| REFUSED                    / | |

| Scars, Marks, Tatoos or other distinguishing features |
|---|
| |

| Physical Characteristics |
|---|
| |

**Suspect Details**

# Case Summary Report

**Agency:** PDCN        **Case Number:** 2017CR334672        **Date:** 2/20/2019 10:26:13
**Last Modified:** 9/24/2017 07:42:11

## Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| 1 | TASER CARTRIDGE | | | |

| Owner | License / State | Color | Alarm No |
|---|---|---|---|
| | | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | ▓ HEALY, KIERAN J | 2.00 | | $1.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test ☐ Yes ☑ No | Test Type | Sight Test ☐ Yes ☑ No | Sight Type |
|---|---|---|---|---|
| | | | | |

**Item Details**
listed items are taser cartridges deployed by Officers during incident

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| 1 | TAN HANDLE FOLDING KNIFE | | | |

| Owner | License / State | Color | Alarm No |
|---|---|---|---|
| CURRY, ERNEST | | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | ▓ HEALY, KIERAN J | 1.00 | | $1.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test ☐ Yes ☑ No | Test Type | Sight Test ☐ Yes ☑ No | Sight Type |
|---|---|---|---|---|
| | | | | |

**Item Details**
listed knife recovered by arresting officers after knife fell out of defendant's pocket at scene durring a struggle.

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| 1 | ASSORTED DAMAGED PROPERTY | | | |

| Owner | License / State | Color | Alarm No |
|---|---|---|---|
| PHILLIPS, BERNELLE | | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| DESTROYED/DAMAGED/VA | ▓ PIASECKI, MATTHEW M | 1.00 | | $1600.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test ☐ Yes ☑ No | Test Type | Sight Test ☐ Yes ☑ No | Sight Type |
|---|---|---|---|---|
| | | | | |

**Item Details**
ASSORTED DAMAGED PROPERTY

# Case Summary Report

**Agency:** PDCN          **Case Number:** 2017CR334672          **Date:** 2/20/2019 10:26:13
**Last Modified:** 9/24/2017 07:42:11

## Notes/Continuation

VICTIM BERNELLE PHILLIPS STATES THAT ON 9/23/2017 AT APPROXIMATELY 2315 HOURS HE WAS SLEEPING IN A ROOM
THAT HE RENTS FROM DEFENDANT ERNEST CURRY AT ███ JEFFERSON AVENUE WHEN CURRY BROKE THE DOOR DOWN
AND ENTERED THE ROOM.  CURRY THEN CLIMBED ON TOP OF PHILLIP, HELD A KNIFE TO HIS THROAT AND STARTED
YELLING AT PHILLIPS, "I SHOULD FUCKING KILL YOU, YOU PIECE OF SHIT, I WANT YOU OUT OF MY HOUSE. GET THE FUCK
OUT NOW OR I'LL KILL YOU." PHILLIPS MANAGED TO ESCAPE AND CURRY THEN STARTED TO DESTROY SOME OF PHILLIP'S
POSSESSIONS INCLUDING A CEILING LIGHT, TWO CELLPHONES, A TV, AND DVD PLAYER WITH A TOTAL VALUE EXCEEDING
$1600.00.  PHILLIPS CALLED 911 AND WHEN POLICE ARRIVED, HE DIRECTED THEM INSIDE OF THE LOCATION AND ADVISED
THEM THAT CURRY WAS ARMED WITH A KNIFE AND WAS ACTING IN A VIOLENT, THREATENING MANNER.  MULTIPLE
OFFICERS ENTERED THE LOCATION AND ENCOUNTERED CURRY SITTING AT THE KITCHEN TABLE.  WHEN CURRY
OBSERVED OFFICERS, HE STOOD UP AND BEGAN TO WALK TOWARDS THEM.  OFFICERS MADE MULTIPLE COMMANDS TO
CURRY TO STOP MOVING TOWARDS THEM AND TO SHOW OFFICERS HIS HANDS. AS CURRY CONTINUED TO ADVANCE
TOWARDS THEM AND IGNORE THE OFFICER'S VERBAL COMMANDS, PO PIASECKI DEPLOYED HIS TASER AT CURRY WITH
NO EFFECT.  PO MANTOVANI THEN DEPLOYED HIS TASER WITH EFFECTIVE RESULTS.  OFFICERS THEN ENGAGED IN A
BRIEF VIOLENT PHYSICAL STRUGGLE, DURING WHICH TIME BOTH PO PIASECKI AND PO MANTOVANI DID DEPLOY THEIR
TASERS FOR A SECOND TIME.  WHILE FIGHTING WITH CURRY, OFFICERS OBSERVED AN OPEN FOLDING KNIFE FALL OUT OF
CURRY'S POCKET, AND THEN OFFICERS OBSERVED CURRY REACH FOR THE KNIFE.  PO MANTOVANI WAS ABLE TO GAIN
POSSESSION OF AND SECURE THE KNIFE AT WHICH POINT OFFICERS WERE ABLE TO PLACE THE DEFENDANT INTO
CUSTODY. DEFENDANT TRANSPORTED TO NUMC IN 2161 FOR TREATMENT AND EVALUATION.  THE DEFENDANT WAS
FOUND FIT FOR CONFINEMENT.

Police Inquiry Report

Change Credentials | View Report

|◀ ◀ |1 | of 2 ▶ ▶| ◀  | Find | Next |▼ ⊕

## Case Summary

### CURRY, ERNEST ~ Burglary-1st Degree: Use or Threaten Use of Dangerous Instrument

| | | | |
|---|---|---|---|
| NYSID # 05450680P | IDB # 0191831 | Case Status: Closed<br>Defendant Sentenced | Case Type: County Court |
| Arrest Date: 9/23/2017 11:23:00 PM | | Arrest Location: ███ Jefferson Ave, Roosevelt | |

| Agency Type | Number | Agency | |
|---|---|---|---|
| Arrest # | 2017AR302331 | NCPD 1st | |
| Bureau | | CCB | |
| Crime Report # | 2017CR334672 | NCPD 1st | |
| Docket # - NEW | CR-024124-17NA | District Court | |
| ECAB # | 11129/17 | ECAB | Auto-added |
| Felony Screening Bureau  # | CC519010-01 | Felony Screening Bureau | |
| Indictment # | 01563N-2017 | Grand Jury | |
| OCA # | 001331665 | OCA | |
| DOB: ███ | Case ID: 17-44785 | Entered Date: 9/24/2017 | |
| Address: ███ Jefferson Ave Roosevelt, NY  11575 | | Case Status Date: 12/14/2017 | |
| Age: 514 days   Active Age: 81 days | | Case Add Date: 9/24/2017 | |

### Name Attributes
For: ERNEST CURRY
AKA: BORN ALLAH
AKA: ALLAH BORN
DOB: ███
DOB: ███
DOB: ███
POP
**Prior Felony Offender**
Prior Felony Type: SISDA FELONY SENTENCE

### Other Involvements
**ECAB**
McKenna, Kelly Ann - McKenna | Support Staff |
**Private Attorney**
PAPA, DANIELLE M | 516 238 6601 |  | 10/12/2017 |

### NCDA Involvements
**Current Active ADA**
Nadeau, Sarah - snadeau - CCB |  | 10/13/2017 |
**Past Assigned ADA**
Dunn, Charles - cdunn – Felony Screening Bureau | (516 ███ | 9/26/2017 | 10/13/2017
Soldatos, Evgenia - esoldato - ECAB | (516 ███ 9/24/2017 | 9/24/2017

### Police Officer Involvements
**NCPD 1st**
CONROY, SEAN M PO - ███ | Assisting Officer |  | 005
DATTOMA, NICHOLAS A PO - ███ | Assisting Officer |  | 001
DUX, KEVIN DET - ███ Investigating Detective |  | 1SQ
HEALY, KIERAN DET - ███ | Assisting Detective |  | 001
LEDWITH, SEAN PO - ███ | Assisting Officer |  | COPE
MANTOVANI, DOMINICK F PO - ███ | Arresting Officer |  | 001
PHILBIN, JOSEPH A PO - ███ | Assisting Officer |  | CIRRT

http:// ███

Police Inquiry Report                                                                                      Page 2 of 2

PIASECKI, MATTHEW M PO - 9719 | Arresting Officer |   | 001
SIERZANT, MICHAEL A PO - 9655 | Assisting Officer |   | 001
SPIEGELEIRE, STEPHEN PO - 9410 | Assisting Officer |   | COPE

**Docket**
**1. PL 14030 03 – Burglary-1st Degree: Use or Threaten Use of Dangerous Instrument ~   B | F**
DOI: 9/23/2017 11:16 PM
Docket Number #: CR-024124-17NA
Location:█ JEFFERSON AVE, ROOSEVELT
**Attribute**
  Weapon - Knife
**Dispo: Modified by DA**                       Dispo Date: 10/6/2017

**PL 14025 02 – Burglary 2nd Degree: Illegal Entry- Dwelling ~   C | F**
DOI: 8/23/2017 12:00 AM
Location:█ Jefferson Ave., Roosevelt
**Dispo: Indicted**                            Dispo Date: 10/6/2017

**2. PL 26502 01 ~ Criminal Possession Weapon-3rd: Previous Conviction ~   D | F**
DOI: 9/23/2017 11:16 PM
Docket Number #: CR-024124-17NA
Location:█ JEFFERSON AVE, ROOSEVELT
**Attribute**
  Weapon - Knife
**Dispo: Indicted**                            Dispo Date: 10/6/2017

**3. PL 14510 00 ~ Criminal Mischief -2nd Degree ~   D | F**
DOI: 9/23/2017 11:16 PM
Docket Number #: CR-024124-17NA
Location:█ JEFFERSON AVE, ROOSEVELT
**Dispo: Indictment Covers Charge**            Dispo Date: 10/6/2017

**4. PL 12013 00 ~ Menacing-1st Degree ~   E | F**
DOI: 9/23/2017 11:16 PM
Docket Number #: CR-024124-17NA
Location:█ JEFFERSON AVE, ROOSEVELT
**Dispo: Indicted**                            Dispo Date: 10/6/2017

**5. PL 13510 00 ~ Unlawful Imprisonment-1st Degree ~   E | F**
DOI: 9/23/2017 11:16 AM
Docket Number #: CR-024124-17NA
Location:█ JEFFERSON AVE, ROOSEVELT
**Dispo: Indictment Covers Charge**            Dispo Date: 10/6/2017

**6. PL 20530 00 ~ Resisting Arrest ~   A | M**
DOI: 9/23/2017 11:16 PM
Docket Number #: CR-024124-17NA
Location:█ JEFFERSON AVE, ROOSEVELT
**Dispo: Indicted**                            Dispo Date: 10/6/2017

 JUSTWARE                    Page 1 of 2                    2/20/2019 10:28:07 AM

Nassau County 000009

Police Inquiry Report

Change Credentials | | View Report

|◀ ◀ 2 of 2 ▶ ▶| �ᕒ | Find | Next | ᕫ ▾ ⊕

## Case Summary

**Indicted**

**1. PL 14025 02 ~ Burglary 2nd Degree: Illegal Entry- Dwelling ~    C | F**
DOI: 9/23/2017 12:00 AM
Indictment#: 01563N-2017
Location:█Jefferson Ave., Roosevelt
**Dispo: Dismissed in Satisfaction**         Dispo Date: 12/14/2017

**2. PL 26502 01 ~ Criminal Possession Weapon-3rd: Previous Conviction ~    D | F**
DOI: 9/23/2017 11:16 PM
Indictment#: 01563N-2017
Docket Number #: CR-024124-17NA
Location:█JEFFERSON AVE, ROOSEVELT
**Attribute**
   Weapon - Knife
**Dispo: Dismissed in Satisfaction**         Dispo Date: 12/14/2017

**3. PL 12013 00 ~ Menacing-1st Degree ~    E | F**
DOI: 9/23/2017 11:16 PM
Indictment#: 01563N-2017
Docket Number #: CR-024124-17NA
Location:█JEFFERSON AVE, ROOSEVELT
**Dispo: Dismissed in Satisfaction**         Dispo Date: 12/14/2017

**4. PL 12014 01 ~ Menacing-2nd:Weapon ~    A | M**
DOI: 9/23/2017 12:00 AM
Indictment#: 01563N-2017
Location:█Jefferson Ave., Roosevelt
**Dispo: Plea**         Dispo Date: 12/14/2017
Sentence: 12/14/2017 Jail 1 year Nassau County Correctional Center

**5. PL 20530 00 ~ Resisting Arrest ~    A | M**
DOI: 9/23/2017 11:16 PM
Indictment#: 01563N-2017
Docket Number #: CR-024124-17NA
Location:█JEFFERSON AVE, ROOSEVELT
**Dispo: Dismissed in Satisfaction**         Dispo Date: 12/14/2017

## Bail

| Date | Bail Requested | Cash Bail Set | Bond Bail Set | Status |
|---|---|---|---|---|
| 9/24/2017 | $0.00 | $100000.00 | $200000.00 | |

## Event History

⊟  12/14/2017 | Conference, Plea and Sentence | NO PART | Plea |

   CURRY, ERNEST (Defendant)
   CORRIGAN, T
   Nadeau, Sarah - snadeau (ADA)
⊞  11/29/2017 | Conference | NO PART |  |

⊞  11/6/2017 | Conference | NO PART |  |

⊞  10/26/2017 | Conference | District Court | 09P Part - Private |  |

   Notes: INDICTMENT CONTROL
⊞  10/18/2017 | Arraignment | NO PART |  |

   10/11/2017 | Conference | NO PART |  |

Nassau County 000010

Police Inquiry Report

⊞

⊞   10/6/2017 | Hand Up Event | County Court | Grand Jury | True Bill | Panel: 01 Term: 10 Year: 2017

⊞   9/29/2017 | Felony Exam | District Court | 09P Part - Private |  |

⊞   9/28/2017 | Grand Jury Presentment | County Court | Grand Jury |  |

⊞   9/27/2017 | Conference | District Court | 09P Part - Private | Adjourned |

⊞   9/27/2017 | Conference | 09P Part - Private |  |

⊞   9/24/2017 | Arraignment | District Court | A |  |



2/20/2019 10:28:07 AM

Nassau County 000011

http: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2/20/2019

2/22/19   Gave To
            PO
         + LT + Sgt



**OFFICE OF COMMISSIONER OF POLICE**

Date: ___ **February 22, 2019**

OCOP No: _____

SUPP.OCOP No: 

To:            **Commanding Officer, First Precinct**

Subject:      **Request for Memo Books**
              Re: Ernest Curry v. CON, NCPD, et al.

1.  Investigation.................................................................. _____

2.  Report [Refer to this memo by date and number when replying]................... _____

3.  Contact....................................................................... _____

4.  For compliance................................................................ _____

5.  Draft a reply................................................................. _____

6.  For direct reply to sender.................................................... __XX__

7.  Attention and necessary action............................................... __XX__

8.  Review and submit comments [Refer to this memo by date and number when replying] _____

9.  Submit travel request......................................................... _____

10. For your information.......................................................... _____

11. For your files............................................................... _____

Remarks:      Please provide to the Legal Bureau a copy the memo book entries of the following
              members for the date of September 23, 2017.

              P.O. Dominick Montovani  28
              P.O. Matthew Piasecki  14
              P.O. Michael Sierzant  14
              P.O. Nicholas Dattoma  recaved his

              If you have any further questions, please contact Attorney P.O. Edgar White at the
              Legal Bureau [redacted]

EW/jw

Received _____ Reply Due Date _March 8, 2019_

2|22|19   Gave to PO + LT + Sgt



**OFFICE OF COMMISSIONER OF POLICE**

Date: ____ February 22, 2019

OCOP No: _____

SUPP.OCOP No: __LB 383-18__

**To:** **Commanding Officer, First Precinct**

**Subject:** **Request for Memo Books**
Re: Ernest Curry v. CON, NCPD, et al.

1. Investigation.................................................................

2. Report [Refer to this memo by date and number when replying]................... _____

3. Contact......................................................................... _____

4. For compliance................................................................ _____

5. Draft a reply.................................................................. _____

6. For direct reply to sender................................................... **XX**

7. Attention and necessary action............................................ **XX**

8. Review and submit comments [Refer to this memo by date and number when replying]_____

9. Submit travel request......................................................

10. For your information....................................................... _____

11. For your files............................................................... _____

**Remarks:**   Please provide to the Legal Bureau a copy the memo book entries of the following members for the date of September 23, 2017.

P.O. Dominick Montovani   28
P.O. Matthew Piasecki   14
P.O. Michael Sierzant   14
P.O. Nicholas Dattoma   received his

If you have any further questions, please contact Attorney P.O. Edgar White at the Legal Bureau ████

EW/jw

Received _____ Reply Due Date __March 8, 2019__

Police Officer: Nicholas D'Adduma

Shield # 8789

Serial # ███████

Command: I9





Saturday                                September 23, 2017
1900 x 0700                             D.O Lt Driscoll
Post? 112                               Condi. Dry
Weather! Clear

| | | |
|---|---|---|
| 1900 | Present for duty at R.P | |
| 2000 | Secured on duty at R.P | |
| | P.o Ledwith Reorder / RP0 112 | |
| | Radios 1635/8927, Bodrick AM | |
| 2018 | Alrm ████ | |
| 2027 | CN, 10-1 | |
| 2112 | A.A.DOUS ████ / ██ AW | |
| 2158 | 102 cpl. 10-1 ████ | |
| 2207 | AH Nissan rd / unradch ave 4W | |
| 2317 | Rpt. 10-1 | |
| 2323 | D.J ██ Jefferson ave rest, Dist | |
| 0213 | 117 arst 10-1 | |
| 0431 | Burgg ██ all WW | |
| 6543 | 107 cpt 10-1 | |
| 6543 | Dom ████ WW, ██ | |



Saturday                                    September 23 2017
0830      162 rpt; Signal off duty at P.J
          P.O. ~~~~~ 3789

Police Officer: Matthew Diesetek:

Shield Number: 4030

Serial Number: ███████

Command: First Precinct

Nassau County 000018

Book Number: 12

From: September 22, 2017

TO: November 29, 2017

Day: Saturday          Date: September 03, 20__
TOOC: 1900-0500        DO: Lt. Driscoll
Post/RMP: 117          Atery Level: Elevates
Weather: cloudy        Aoode: Dry
Details:               Mitre/Radio, 6288/1017

| Time | Detail | | |
|------|--------|---|---|
| 1900 | Signed on duty RMP117 w/PO Manbusx, Q280 | | |
| 2033 | CB, Dist.yo | ⬛ | RSvt |
| 2052 | 10-1, CC | | |
| 2101 | CB, SSDOT | ⬛ | UN |
| 2119 | 10-1, SS NEG | | |
| 2120 | CB SSDOT | ⬛ | ON |
| 2141 | 10-1 SS NEG | | |
| 2212 | CB, Aslt.yo | ⬛ | UN |
| 2231 | 10-1, CC change Dist | | |
| 2239 | CB, SS FWK | ⬛ | UN |
| 2241 | 10-1, SS NEG | | |
| 2257 | CB, PK card | ⬛ | UN |
| 0308 | 10-1, GOA | | |
| 2316 | CB, Dist: ⬛ Jefferson Ave, RSvt | | |
| 2318 | 10-8 ⬛ Jefferson Ave, RSvt | | |

Pg 2   Saturday   September 23, 2017

| | | |
|---|---|---|
| 2323 | 10-64 | Make Curry, Ernest ▮ |
| 0900 | 10-1, | 2017AA30233, 2017CR339672 |
| 0900 | Signed off duty RMD 17 w/ 10 Manhattan's |
| | DO ▮▮▮▮ ▮▮▮▮ SH 4030 |

Nassau County 00002▮

Police Officer : Michael Sierzant

Shield Number : 3688

Serial Number : ███

Nassau County 000022

Book Number: 12

From: August 22, 2017

To: October 25, 2017

Nassau County 000023

Day: Saturday     Date: September 23, 2017
Tour: 1900 x 0700    D.O.: Lt. Driscoll
Post: RMP. 107/107    Alert Level: Eleven 11
Weather: Clear    Roofs: Dry
Details:

| Time | Entry |
|---|---|
| 1900 | Signed on Duty, RP |
| 1947 | Signed on RMP 107 Relieved PO Coffoe & PO Goldstein Doubled w/ PO Timpinaro Radio 1007 Seats Checked |
| 1948 | CB/AA ▮▮▮▮▮▮▮ UN |
| 2016 | 10-64 1M CTS. TOA 2044 |
| | 10-1 PRR by 138 Temp 2 Han RMP 102 |
| 2247 | CB/WEZCNK ▮▮▮▮▮▮▮ UN |
| 2358 | 10-1 CC |
| 2378 | Stabed DIST ▮ Jefferson PL RSUT |
| 0015 | 10-1 PRR by 117 |
| 0015 | CB/DIST ▮▮▮▮▮▮▮ UN |
| 0033 | 10-1 CC |
| 0058 | 10-1 RMP 107 |
| 0058 | CB/ Noise ▮▮▮▮▮▮ UN |

| | |
|---|---|
| 0107 | 10-1 8C |
| 0117 | CB/UTL RSP N/0 35T |
| 0045 | 10-1 RRR by Hwy |
| 0045 | CB/MISC ███████ UN |
| 0047 | 10-1 SUM ×4 |
| 0302 | CB/DISTYD ████████ UN RSUT |
| 0306 | 10-1 GOV |
| 0331 | UTL ██████████████ |
| 0340 | 10-1 SUM ×2 |
| 0354 | UTL ███████ HE |
| 0405 | 10-1 WARN |
| 0408 | CB/VA ded ██████ UN |
| 0432 | 10-1 RPT |
| 0432 | CB/BURG IP ████████ UN |
| 0900 | 10-1 RPT 334708 Signed off Duty, RPT |
| | Relieved by PO Price & PO Nadel Seb Duty |
| | PO Nadel �len Shield 3628 serial 8/55 |

*Squad 28*
*Lt Kelly*

## OFFICE OF COMMISSIONER OF POLICE

Date: _____ **February 22, 2019**

OCOP No: _____

SUPP.OCOP No: __LB 383-18__

To:        **Commanding Officer, First Precinct**

Subject:   **Request for Memo Books**
           Re: Ernest Curry v. CON, NCPD, et al.

1. Investigation........................................................................... _____

2. Report [Refer to this memo by date and number when replying].................. _____

3. Contact................................................................................ _____

4. For compliance......................................................................... _____

5. Draft a reply.......................................................................... _____

6. For direct reply to sender............................................................ __XX__

7. Attention and necessary action....................................................... __XX__

8. Review and submit comments [Refer to this memo by date and number when replying]_____

9. Submit travel request................................................................. _____

10. For your information................................................................. _____

11. For your files....................................................................... _____

Remarks:   **Please provide to the Legal Bureau a copy the memo book entries of the following
           members for the date of September 23, 2017.**

           **P.O. Dominick Montovani**
           **P.O. Matthew Piasecki**
           **P.O. Michael Sierzant**
           **P.O. Nicholas Dattoma**

           **If you have any further questions, please contact Attorney P.O. Edgar White at the
           Legal Bureau** ▮

EW/jw

Received _____   Reply Due Date __March 8, 2019__



Nassau County 000027



Day 5 Sunday                               Date Sept 23,2017
Tour 19x05                                 DO: LT. Driscoll
Board Pkgs 117/117                         Atten. Elevator
Wea/Rd/Clear                               Boards. Dry
Notes/Radio/Bus: 62873/1017 1034/1/2

| Time | Entry |
|------|-------|
| 1900 | S-9xw on Duty e RLP, awaiting RMP |
| 2030 | on RMP V7 double w/ PO Prosecki, NCF |
| 2033 | CB DASTYN ▇▇▇▇ RSVT |
| 2057 | 10-4 CC |
| 2101 | CB SSPOT ▇▇▇▇ UN |
| 2119 | 10-4 SNeg |
| 2124 | CB SSPOT ▇▇▇▇ UN |
| 2141 | 10-4 SNeg |
| 2212 | CB ASLTOO ▇▇▇▇ RSVT |
| 2234 | 10-4 Charged to DIST /CC |
| 2235 | CB SSPOT ▇▇▇▇ UN |
| 2248 | 10-4 SNeg |
| 2257 | CB ProGRED ▇▇▇▇ UN |
| 2308 | 10-4 GoA |
| 2316 | CB DIST ▇ Jefferson Ave RSVT |

Nassau County 000029



Saturday                                    Sept 23, 2017

0314    10-81
2223    10-64   1M  Corry  Ernest [redacted]  YFoA
0900    104  Arrest # 302331, CR #334672
        Signed off Duty 10 Marks 4140