UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERNEST CURRY,                                                      CV-18-1130 (KAM) (RLM)

                           Plaintiff,                         **STIPULATION AND**
                                                         **ORDER OF DISMISSAL**

       - against -

NASSAU COUNTY FIRST PRECINCT,
BALDWIN, SEAN CONROY (SERIAL #9258),
DET. KEVIN DUX (SERIAL #7565),
STEVEN SPLEGELEIRE (SERIAL #9410),
DOMINICK MANTOVANI (SERIAL #9786),
JOSEPH PHILBIN (SERIAL #9429)
MATTHEW PLASECKI (SERIAL #9719)
MICHAEL SLERZAN (SERIAL #9655),
SEAN LEDWITH (SERIAL #9302), and
NICHOLAS DATTOMA (SERIAL #9286),

                           Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, Plaintiff *Pro Se* and counsel for the Defendants, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that Plaintiff Ernest Curry, Sr. hereby dismisses all of his claims against Defendants, Nassau County First Precinct, Baldwin, Sean Conroy (Serial #9258), Det. Kevin Dux (Serial #7565), Steven Splegeleire (Serial #9410), Dominick Mantovani (Serial #9786), Joseph Philbin (Serial #9429), Matthew Piasecki (sued herein as "Plasecki") (Serial #9719), Michael Slerzan (Serial #9655), Sean Ledwith (Serial #9302), and Nicholas Dattoma (Serial #9286), with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
December 20, 2021

*Ernest Curry Sr* (signature)

Ernest Curry, Sr.
22 Spencer Place
Hempstead New York 11550
Plaintiff *Pro Se*

Thomas A. Adams
Acting Nassau County Attorney
Attorney for County Defendants

By: /s/ *Liora Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3014

SO ORDERED:

_____
Hon. Kiyo A. Matsumoto
United States District Judge